# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY LAMONT COOPER,<br><br>                              Plaintiff,<br>vs.<br><br>MARTIN LEVINE, M.D.,<br><br>                              Defendant. | CASE NO. 05-CV-2119 WQH (POR)<br><br>**ORDER GRANTING EXTENSION OF TIME AND DIRECTING CLERK TO MAIL PLAINTIFF A COPY OF THE SECOND AMENDED COMPLAINT**<br>(D.E. # 29.) |

HAYES, Judge:

On December 1, 2006, Defendant filed a "Motion to Dismiss the Second Amended Complaint" ("Motion to Dismiss"). On January 19, 2007, Plaintiff filed an "Affidavit for Extension of Time and Request for Copy of Second Amended Complaint" ("Motion for Extension of Time") wherein he asks for a one month extension of time to respond to the Motion to Dismiss, as well as a copy of his Second Amended Complaint for use in drafting his response. Plaintiff, who is incarcerated and proceeding *pro se*, asserts that he was unable to make a copy of his Second Amended Complaint because he did not "have access to the law library (which is the only place where [he] can make copies) before the deadline for filing it with the court." (Mot. Extension of Time at 1.)

The Court **GRANTS** Plaintiff's Motion for Extension of Time. Plaintiff shall file his response

1 to the Motion to Dismiss no later than **February 19, 2007**. Defendant shall file any reply no later than
2 **February 26, 2007**. There will be no oral argument on the Motion to Dismiss. The Clerk is
3 **ORDERED** to mail to Plaintiff a copy of the Second Amended Complaint (D.E. # 27).
4  **IT IS SO ORDERED**.
5 DATED: February 1, 2007

**WILLIAM Q. HAYES**
United States District Judge