# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY LAMONT COOPER,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>MARTIN LEVINE, M.D.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 05-CV-2119 WQH (POR)<br><br>**ORDER GRANTING EXTENSION OF TIME AND DIRECTING CLERK TO MAIL PLAINTIFF A COPY OF THE SECOND AMENDED COMPLAINT**<br>(Doc. # 32.) |

HAYES, Judge:

　　On December 1, 2006, Defendant filed a "Motion to Dismiss the Second Amended Complaint" ("Motion to Dismiss") (Doc. # 28). On February 1, 2007, the Court granted Plaintiff's motion for a 30-day extension of time to file his response to the Motion to Dismiss. (Doc. # 30.) On February 23, 2007, the Court received a letter from Plaintiff, who is incarcerated and proceeding *pro se*, indicating that just after Plaintiff gave his legal documents to another inmate for legal assistance, that inmate was placed in administrative segregation. (Doc. # 32.) According to the letter, as of February 15, 2007, Plaintiff has not been able to recover his legal documents. The Court construes this letter as a second motion for extension of time to respond to the Motion to Dismiss.

　　The Court **GRANTS** Plaintiff's second motion for extension of time. Plaintiff shall file his

response to the Motion to Dismiss no later than **April 6, 2007**. Defendant shall file any reply no later than **April 16, 2007**. There will be no oral argument on the Motion to Dismiss. The Clerk is **ORDERED** to mail to Plaintiff a copy of the Second Amended Complaint (Doc. # 27) and the Motion to Dismiss (including the Memorandum of Points and Authorities in Support of the Motion to Dismiss) (Docs. # 28-2 & 28-3).

**IT IS SO ORDERED**.

DATED: March 6, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge